UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RAFAEL A. JONES, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:15CV351 NAB |
| | ) | |
| GEORGE LOMBARDI, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's submission of an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition will be summarily dismissed.

Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts provides that a district court shall summarily dismiss a § 2254 petition if it plainly appears that the petitioner is not entitled to relief.

In the instant petition, petitioner attempts to challenge three State of Missouri convictions: State v. Jones, 07SL-CR03429-01 (21st Jud. Cir.); State v. Jones, 07SL-CR06638 (21st Jud. Cir.); and State v. Jones, 0822-CR07366 (22nd Jud. Cir.). Petitioner has previously brought challenges to each of these convictions in this Court. See Jones v. Norman, 4:12CV617 AGF (E.D. Mo.); Jones v. Norman, 4:12CV569 CDP (E.D. Mo.); Jones v. Prudden, 4:11CV1310 LMB (E.D. Mo.); Jones v. Moriorty, 4:10CV495 LMB (E.D. Mo.).

The petition is duplicative and successive. As a result, petitioner may not proceed without authorization from the Eighth Circuit Court of Appeals, which he does not have. See 28 U.S.C. § 2244(b). The Court will therefore dismiss the petition without further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis [Doc. #[2] is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's application for writ of habeas corpus is **DENIED and DISMISSED as DUPLICATIVE and SUCCESSIVE**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 26th day of February, 2015.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE